John W. Carpenter, Esq. (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 240-4700
Facsimile: (415) 240-4771
Email: johnpatentlaw@iqmail.net
Attorney for Plaintiff
Technology Licensing Company, Inc.


James Cai (Bar No. 200189)
Schein & Cai LLP
111 W. St. John Street Suite 1250
San Jose, CA 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758
Email: jcai@sacattorneys.com
Attorneys for Defendant
America Action, Inc.


Kao Lu (admitted pro hac vice)
Lu & Associates, P.C.
1425 E. Darby Road
Havertown, Pa 19083 USA
Telephone: (610) 446-2563
Facsimile: (610) 446-8841
Email: kaohlu@lu-associates.com
Attorneys for Defendant
America Action, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – Page 1

| | |
|---|---|
| Technology Licensing Company, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICA ACTION, INC.,<br><br>        Defendant,<br><br>And<br><br>Related Actions | Case No.:  3:08-cv-03803  MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Marilyn Hall Patel |

   IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel of record, as follows:

   WHEREAS, the Initial Case Management Conference in this matter is currently set for January 5, 2009.

   WHEREAS, the parties anticipate executing a settlement agreement within the next week.

   WHEREAS, this is the first request for extension of the Case Management Conference.

   WHEREAS, the parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to January 26, 2009 at 4:00 p.m. or to another date thereafter the Court's calendar permits;

   ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status conference in this matter be continued to ~~January 26,~~ FEBRUARY 2, 2009, or whatever date thereafter the Court's calendar permits.

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – Page 2

By: /s/ John W. Carpenter

LAW OFFICES OF JOHN W. CARPENTER

Attorney for Plaintiff Technology Licensing Company, Inc.

By: /s/ James Cai

Schein & Cai LLP
Attorney for Defendant
America Action, Inc.

By: /s/ Kao Lu

Lu & Associates, P.C.
Attorney for Defendant
America Action, Inc.

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – Page 3

ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __1/5_____, 2009           _____



The Hon.
United S
Judge Marilyn H. Patel

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – Page 4