John W. Carpenter, Esq. (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 240-4700
Facsimile: (415) 240-4771
Email: johnpatentlaw@iqmail.net
Attorney for Plaintiff
Technology Licensing Company, Inc.


James Cai (Bar No. 200189)
Schein & Cai LLP
111 W. St. John Street Suite 1250
San Jose, CA 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758
Email: jcai@sacattorneys.com
Attorneys for Defendant
America Action, Inc.


Kao Lu (admitted pro hac vice)
Lu & Associates, P.C.
1425 E. Darby Road
Havertown, Pa 19083 USA
Telephone: (610) 446-2563
Facsimile: (610) 446-8841
Email: kaohlu@lu-associates.com
Attorneys for Defendant
America Action, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
– Page 1

| | |
|---|---|
| Technology Licensing Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA ACTION, INC., <br><br> Defendant, <br><br> And <br><br> Related Actions | Case No.: 3:08-cv-03803 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge: Honorable Marilyn Hall Patel |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel of record, as follows:

WHEREAS, the Initial Case Management Conference in this matter is currently continued to January 26, 2009 as stipulated by Plaintiff and Defendant with the Court approval;

WHEREAS, certain third party customer has expressed reservation as to the tentative settlement terms negotiated by Plaintiff and Defendant;

WHEREAS, the parties have agreed that it would be in the best interest of the parties to seek a further continuance of the Initial Case Management Conference to February 23, 2009 at 4:00 p.m. or to another date thereafter the Court's calendar permits in order to finalize the settlement;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status conference in this matter be continued to February 23, 2009, or whatever date thereafter the Court's calendar permits.


By:       /s/ John W. Carpenter

LAW OFFICES OF JOHN W. CARPENTER

Attorney for Plaintiff Technology Licensing Company, Inc.

By:      /s/ James Cai

Schein & Cai LLP
Attorney for Defendant
America Action, Inc.

By:     /s/ Kao Lu

Lu & Associates, P.C.
Attorney for Defendant
America Action, Inc.

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – Page 3

ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated _ January 29 ___, 2009                     _____



The Honorable
United States

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – Page 4