John W. Carpenter, Esq. (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 240-4700
Facsimile: (415) 240-4771
Email: johnpatentlaw@iqmail.net
Attorney for Plaintiff
Technology Licensing Company, Inc.


James Cai (Bar No. 200189)
Schein & Cai LLP
111 W. St. John Street Suite 1250
San Jose, CA 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758
Email: jcai@sacattorneys.com
Attorneys for Defendant
America Action, Inc.


Kao Lu (admitted pro hac vice)
Lu & Associates, P.C.
1425 E. Darby Road
Havertown, Pa 19083 USA
Telephone: (610) 446-2563
Facsimile: (610) 446-8841
Email: kaohlu@lu-associates.com
Attorneys for Defendant
America Action, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
– Page 1

| | |
|---|---|
| Technology Licensing Company, Inc., <br><br>Plaintiff, <br><br>v. <br><br>AMERICA ACTION, INC., <br><br>Defendant, <br><br>And <br><br>Related Actions | Case No.: 3:08-cv-03803 MHP <br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br>Judge: Honorable Marilyn Hall Patel |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel of record, as follows:

WHEREAS, the Initial Case Management Conference in this matter is currently continued to February 23, 2009 as stipulated by Plaintiff and Defendant with the Court approval;

WHEREAS, the parties are negotiating and executing the settlement agreement and would need more time to finalize the same;

WHEREAS, the parties have agreed that it would be in the best interest of the parties to seek a further continuance of the Initial Case Management Conference to March 20, 2009 at 4:00 p.m. or to another date thereafter the Court's calendar permits in order to finalize the settlement;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status conference in this matter be continued to March 20, 2009, or whatever date thereafter the Court's calendar permits.

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
– Page 2

By:   /s/ John W. Carpenter
_____

LAW OFFICES OF JOHN W. CARPENTER

Attorney for Plaintiff Technology Licensing Company, Inc.


By:   /s/ James Cai
_____

Schein & Cai LLP
Attorney for Defendant
America Action, Inc.


By:   /s/ Kao Lu
_____

Lu & Associates, P.C.
Attorney for Defendant
America Action, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __2/23/2009____, 2009

_____

The Honorable Marilyn H. Patel
United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

*Technology Licensing Company v. America Action, Inc.*
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
– Page 4