| | |
|---|---|
| JOHN W. CARPENTER (221708) | Kao Lu |
| Technology Licensing Company Inc. | Lu & Associates, P.C. |
| 33 ½ Los Piños, | 1425 E. Darby Road |
| Nicasio, CA 94946 | Havertown, Pa. 19083 USA |
| Phone: (415) 577-0698 | Phone: 610-446-2563 |
| Facsimile: 1-866-410-6248 | Fax: 610-446-8841 |
| Email: john@jwcarpenterlaw.com | kaohlu@lu-associates.com |

*Attorneys for Plaintiff and Counterclaim Defendant Technology Licensing Company, Inc.*   *Attorneys for Defendant and Counterclaimant America Action Inc*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,** | Case No.  CV 08 3803  MHP |
| Plaintiff and Counterclaim Defendant | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| **America Action, Inc.** | |
| Defendant and Counterclaimant | |

Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant AMERICA ACTION, INC. ("AA"), through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: March 4, 2009

By: /s/ John W. Carpenter

JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 577-0698
Facsimile: (415) 276-9857
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant Technology Licensing Company*

Dated: March 4, 2009

By: /s/ Kao Lu

Kao Lu
Lu & Associates, P.C.
1425 E. Darby Road
Havertown, Pa. 19083 USA
Phone: 610-446-2563
Fax: 610-446-8841

*Attorneys for Defendant and Counterclaimant America Action Inc*

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __March 9_____, 2008



Stipulation of Dismissal
Case No. C 08-03803 MHP          Technology Licensing Co v. America Action Inc